IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JAN 27 2004

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

**RALPH BRESHEARS**　　　　　　　　　　　　　　　　　　　　　　　　　　　　PLAINTIFF

V.　　　　　　　CASE NO. 4-03-CV-01019 SWW

**CITY OF LITTLE ROCK;
LITTLE ROCK POLICE DEPARTMENT; and
LAWRENCE JOHNSON, Individually and in His
Official Capacity as Chief of Police for the City of Little Rock**　　　　DEFENDANTS

### MOTION FOR PARTIAL REMAND AND TO STAY PROCEEDINGS OR, IN THE ALTERNATIVE, TO BIFURCATE

Come Defendants, City of Little Rock, Little Rock Police Department, and Lawrence Johnson, individually and in his official capacity as Chief of Police for the City of Little Rock, by and through their attorneys, Thomas M. Carpenter, City Attorney, and Amy Beckman Fields, Assistant City Attorney, and for their Motion for Partial Remand and to Stay Proceedings or, In the Alternative, to Bifurcate, state:

1.　　On November 17, 2003, Plaintiff Ralph Breshears filed the above-captioned lawsuit in Pulaski County Circuit Court. Plaintiff alleged three causes of action: (1) review of the October 16, 2003 decision of the Little Rock Civil Service Commission upholding Plaintiff's termination by the Chief of Police of the Little Rock Police Department; (2) violation of the Arkansas Civil Rights Act, Ark. Code Ann. § 16-123-108; and (3) violation of 42 U.S.C. § 1981 and 42 U.S.C. § 1983.

2.　　On December 30, 2003, Defendants filed a Notice of Removal pursuant to 28 U.S.C. § 1441(a) and (b).

4

3. Pursuant to 28 U.S.C. § 1441(c), this Court has discretion to remand all matters in which state law predominates.

4. Plaintiff's cause of action requesting review of the Little Rock Civil Service Commission's decision is a matter in which state law predominates. Defendants respectfully request that the Court retain jurisdiction over Plaintiff's civil rights claims and remand the cause of action seeking review of Plaintiff's termination.

5. Plaintiff's second and third causes of action are not ripe for determination before final disposition of Plaintiff's first cause of action. In the event that Plaintiff prevails on his first cause of action and is reinstated as an officer with the Little Rock Police Department, no cause of action for wrongful termination will exist.

6. In the event that the Court in the exercise of its discretion remands Plaintiff's appeal of the Civil Service Commission decision, Defendants request that consideration of Plaintiff's additional claims be stayed pursuant to the absention principles set forth in *Younger v. Harris*, 401 U.S. 37 (1971).

7. In the event that the Court does not order a partial remand, Defendants request that Plaintiff's cause of action requesting review of the Civil Service Commission decision be bifurcated and resolved prior to adjudication of the remaining causes of action.

8. Defendants' Brief in Support of Motion for Partial Remand and to Stay Proceedings or, in the Alternative, to Bifurcate has been filed contemporaneously herewith.

WHEREFORE, Defendants pray that the Court remand the cause of action in Plaintiff's Complaint appealing the decision of the Little Rock Civil Service Commission and stay the proceedings on Plaintiff's remaining causes of action. In the alternative, Defendants pray that Plaintiff's cause of action appealing the decision of the Little Rock Civil Service Commission be

bifurcated and that the review of the Civil Service Commission's decision be determined before adjudication of the second and third causes of action.

                                Respectfully Submitted:

                                Thomas M. Carpenter
                                City Attorney

By: _____
        Amy Beckman Fields (89058)
        Assistant City Attorney
        City Hall – Suite 310
        500 West Markham
        Little Rock, AR 72201
        (501) 371-4527

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading has been served upon Plaintiff's attorney, Robert A. Newcomb, by placing same in the U.S. Mail, postage prepaid, to P.O. Box 149, Little Rock, AR 72203, this 27th day of January, 2004.

_____
Amy Beckman Fields

3