IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

RALPH BRESHEARS                          PLAINTIFF

VS.            NO. 4-03-CV-1019 SWW

CITY OF LITTLE ROCK;
LITTLE ROCK POLICE DEPT.; and
LAWRENCE JOHNSON, Individually and in His
Official Capacity as Chief of Police for the City of Little Rock      DEFENDANTS

### RESPONSE TO MOTION FOR PARTIAL REMAND
### AND TO STAY PROCEEDINGS OR, IN THE ALTERNATIVE, TO BIFURCATE

Comes now the Plaintiff, by and through his attorney, Robert A. Newcomb, and for his response states:

1. The allegations contained in paragraph 1 of the motion are admitted.

2. The allegations contained in paragraph 2 are admitted.

3. The allegations contained in paragraph 3 are admitted.

4. It is admitted that state law predominates on the matter of the civil service appeal but further states that Plaintiff's civil rights claim under the Arkansas Civil Rights Act also predominates under state law.

5. The allegations contained in paragraph 5 are denied in that the Plaintiff still would have a cause of action for the wrongful termination in that the appeal is civil service decision even if proper, does not award damages for mental anguish nor allow the recovery of attorney's fees or lost wages outside of the salary from secondary employment.

6. The Court should either retain the entire case and decide it, or in the alternative remand all of the case to Circuit Court. Therefore, the allegations in paragraph 6 are denied.

7. The relief requested in paragraph 7 is denied in that the facts and circumstances are intertwined to such and extent it would be a waste of judicial resources to bifurcate.

8. Paragraph 8 does not contain any factual allegations, so therefore it is neither admitted nor denied.

WHEREFORE, it is respectfully prayed that the Court either remand the entire case in light of the City's positions raised now in its motion.

Respectfully submitted:

*Robert A. Newcomb*
Robert A. Newcomb, #73-087
Attorney at Law
P.O. Box 149
Little Rock, AR 72203
(501) 372-5577

## CERTIFICATE OF SERVICE

I hereby state that a copy of the foregoing was mailed this _16_ day of February, 2004, to Amy Beckman Fields, Office of the City Attorney, 500 W. Markham, Suite 310, Little Rock, AR 72201.

*Robert A. Newcomb*
Robert A. Newcomb