IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

RALPH BRESHEARS                      PLAINTIFF

VS.                  NO. 4-03-CV-1019 SWW

CITY OF LITTLE ROCK;
LITTLE ROCK POLICE DEPT.; and
LAWRENCE JOHNSON, Individually and in His
Official Capacity as Chief of Police for the City of Little Rock      DEFENDANTS

### BRIEF IN SUPPORT OF RESPONSE TO MOTION FOR PARTIAL REMAND AND TO STAY PROCEEDINGS OR, IN THE ALTERNATIVE, TO BIFURCATE

Comes now the Plaintiff, by and through his attorney, Robert A. Newcomb, and for his brief in support of his response states:

The Plaintiff believes he was terminated from the Little Rock Police Department unfairly and has causes of action that have been raised in his petition. The Plaintiff originally filed this action in state court because all of the actions except for 42 U.S.C. § 1983 were state causes of action. The City has now removed the matter to federal court, but only seems to be happy with the case being heard in federal court on some of the issues, but not all. The Court should either hear all the matters, or remand the entire case.

Judicial economy is such that trying the case in two different courts could lead to inconsistent decisions or deny full relief. The Plaintiff is hard-pressed to understand the position of the City wanting to have part of the matter heard in state court, but not all.

The facts are fairly well outlined in the Defendant's motion together with a substantial amount of the law, so there is no need for the Court to be burdened with a repeating of the law and facts.

WHEREFORE, it is respectfully prayed that the Court either retain the entire case or remand the entire case.

Respectfully submitted:

*[signature]*
Robert A. Newcomb, #73-087
Attorney at Law
P.O. Box 149
Little Rock, AR 72203
(501) 372-5577

## CERTIFICATE OF SERVICE

I hereby state that a copy of the foregoing was mailed this __16__ day of February, 2004, to Amy Beckman Fields, Office of the City Attorney, 500 W. Markham, Suite 310, Little Rock, AR 72201.

*[signature]*
Robert A. Newcomb