# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

**RALPH BRESHEARS**                                                            **PLAINTIFF**

V.                         **CASE NO. 4-03-CV-01019 SWW**

**CITY OF LITTLE ROCK;**
**LITTLE ROCK POLICE DEPARTMENT; and**
**LAWRENCE JOHNSON, Individually and in His**
**Official Capacity as Chief of Police for the City of Little Rock**      **DEFENDANTS**

## MOTION TO STRIKE

Come Defendants, City of Little Rock, Little Rock Police Department, and Lawrence Johnson, individually and in his official capacity of Chief of Police for the City of Little Rock, and for their Motion to Strike, state:

1. On January 27, 2004, Defendants filed a Motion for Partial Remand and to Stay Proceedings or, in the Alternative, to Bifurcate, together with a Brief in Support of their motion. The certificate of service on each pleading reflects that the pleadings were forwarded to Plaintiff's attorney, Robert Newcomb, by placing the pleadings in the United States Mail, postage prepaid on that same date.

2. Plaintiff filed a Response to Motion for Partial Remand and to Stay Proceedings or, in the Alternative, to Bifurcate and Brief in Support on February 17, 2004.

3. Plaintiff's response and brief in support were not filed within the time period prescribed by the Federal Rules of Civil Procedure and the Rules of the United States District Court for the Eastern and Western Districts of Arkansas.

4. Defendants respectfully request that Plaintiff's Response to Motion for Partial Remand and to Stay Proceedings or, in the Alternative, to Bifurcate, together with his supporting brief, be stricken because of his failure to file said pleadings in a timely manner.



5. Defendants' Brief in Support of Motion to Strike is being filed contemporaneously herewith.

WHEREFORE, Defendants pray that Plaintiff's Response to Motion for Partial Remand and to Stay Proceedings or, in the Alternative, to Bifurcate and Brief in Support of Response to Motion for Partial Remand and to Stay Proceedings or, in the Alternative, to Bifurcate be stricken and for all other just and proper relief to which they may be entitled.

Respectfully Submitted:

Thomas M. Carpenter
City Attorney

By: _____
Amy Beckman Fields (89058)
Assistant City Attorney
City Hall – Suite 310
500 West Markham
Little Rock, AR 72201
(501) 371-4527

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing pleading has been served upon Plaintiff's attorney, Robert A. Newcomb, by placing same in the U.S. Mail, postage prepaid, to P.O. Box 149, Little Rock, AR 72203, this ___ day of February, 2004.

_____
Amy Beckman Fields

2