# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**RALPH BRESHEARS**                                                          **PLAINTIFF**

**V.**                              **CASE NO. 4-03-CV–01019 SWW**

**CITY OF LITTLE ROCK;**
**LITTLE ROCK POLICE DEPARTMENT; and**
**LAWRENCE JOHNSON, Individually and in His**
**Official Capacity as Chief of Police for the City of Little Rock**          **DEFENDANTS**

### BRIEF IN SUPPORT
### OF MOTION TO STRIKE

#### Background

Plaintiff's Complaint was originally filed in Pulaski County Circuit Court on November 17, 2003.  On December 30, 2003, Defendants filed a Notice of Removal.  Defendants followed this Notice of Removal with a Motion for Partial Remand and to Stay Proceedings or, in the Alternative, to Bifurcate and a Brief in Support of that motion filed on January 27, 2004.  In their motion and brief, Defendants requested that the Court remand one of Plaintiff's three causes of action (the cause of action seeking review of the decision of the Little Rock Civil Service Commission) to Pulaski County Circuit Court and to stay the proceedings on the other two causes of action pending resolution of that matter.   Defendants alternatively requested that in the event this Court retained jurisdiction over the entire case, that the proceedings be bifurcated in order to reach an initial determination on Plaintiff's civil service commission appeal.   The certificate of service on Defendants' motion and brief indicate that the pleadings were mailed to Plaintiff's attorney on the same day that they were filed, January 27, 2004.

Plaintiff filed his response and supporting brief on February 17, 2004.   Plaintiff's response was not filed in a timely manner pursuant to the Federal Rules of Civil Procedure and

the Rules of the United States District Court for the Eastern and Western Districts of Arkansas (Local Rules). Defendants respectfully request that Plaintiff's response and brief in support be stricken.

## DISCUSSION

The Federal Rules of Civil Procedure and the Local Rules set forth very specific guidelines as to the time for filing responses to motions. Local Rule 7.2(a) requires that all motions shall be accompanied by a brief in support of the motion, shall be filed with the Clerk, and copies shall be served on all other parties affected by the motion. Defendants' motion and brief were filed on January 27, 2004. Defendants served Plaintiff with the motion and brief in accordance with Fed. R. Civ. P. 5(b)(2)(B) by mailing a copy of the pleadings to Plaintiff's attorney. The Certificates of Service on the motion and brief indicate that each pleading was mailed to Plaintiff's attorney on January 27, 2004.

The time for filing a response to a motion is governed by Local Rule 7.2, which provides that "[w]ithin eleven days from the date copies of a motion and supporting papers have been served upon him, any party opposing a motion shall serve and file with the Clerk a concise statement in opposition to the motion with supporting authorities." The date of service of Defendants' motion and brief was January 27, 2004. *See* Fed. R. Civ. P. 5(b)(2)(B) ("service by mail is complete on mailing").

Fed. R. Civ. P. 6(a) establishes the method for computation of time, providing in pertinent part:

> In computing any period of time prescribed or allowed by these rules, by the local rules of any district court, by order of court, or by any applicable statute, the day of the act, event, or default from which the designated period of time begins to run shall not be included. The last day of the period so computed shall be included, unless it is a Saturday, a Sunday, or a legal holiday, or, when the act to be done is the filing of a paper in court, a day on which weather or other

2

conditions have made the office of the clerk of the district court inaccessible, in which event the period runs until the end of the next day which is not one of the aforementioned days.

Because Plaintiff was served with Defendants' motion and brief by mail, Plaintiff was allowed an additional three days to file a response. As discussed above, Plaintiff was served with a copy of the motion and brief by mailing a copy to Plaintiff's attorney pursuant to the provisions of Fed. R. Civ. P. 5(b)(2)(B). Rule 6(e) of the Federal Rules of Civil Procedure provides that three days shall be added to the prescribed time period when the party is served under Rule 5(b)(2)(B).

The eleventh day after January 27, 2004 was Saturday, February 7, 2004. In applying Rule 6(a) with regard to the last day falling on a Saturday or Sunday, the eleventh day for purposes of computing the time period was Monday, February 9, 2004. When three days are added, the last day for Plaintiff to file a response was Thursday, February 12, 2004. Plaintiff's response was not filed until Tuesday, February 17, 2004.

Both Local Rule 7.2(b) and Fed. R. Civ. P. 6(b) provide that the Court may enlarge the time within which the response may be filed. However, in this case, no request was made to the Court to enlarge the time, and thus no extension was granted. Plaintiffs response was not filed in a timely manner pursuant to the Local Rules and the Federal Rules of Civil Procedure.

## Conclusion

Because of Plaintiff's failure to timely respond to Defendants' Motion to Bifurcate and to Stay Proceedings or, in the Alternative, to Bifurcate, Defendants respectfully request that the response and brief in support filed herein by Plaintiff on February 17, 2004, be stricken from the record, and for all other just and proper relief to which Defendants may be entitled.

3

Respectfully Submitted:


Thomas M. Carpenter
City Attorney


By: _____
Amy Beckman Fields (89058)
Assistant City Attorney
City Hall – Suite 310
500 West Markham
Little Rock, AR  72201
(501) 371-4527


## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading has been served upon Plaintiff's attorney, Robert A. Newcomb, by placing same in the U.S. Mail, postage prepaid, to P.O. Box 149, Little Rock, AR  72203, this 23rd day of February, 2004.


_____
Amy Beckman Fields

4